FILED

NOV 1 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                     No CV-09-80191 MISC VRW

Wonchol Jeon,                              ORDER

    State Bar No 231662

_____/

       On September 1, 2009, the court issued an order to show cause (OSC) why Wonchol Jeon should not be removed from the roll of attorneys authorized to practice law before this court, Based upon his inactive enrollment as a member of the State Bar of California pursuant to Rule 9.31, effective July 1, 2009.

       The OSC was mailed to Mr. Wonchol's address of record with the State Bar on September 2, 2009.  It was returned by the post office as unclaimed.  A written response was due on or before October 1, 2009.  No response to the OSC has been filed as of this date.

       The court now orders Wonchol Jeon removed from the roll of attorneys authorized to practice before this court.  The clerk is directed to close the file.

       IT IS SO ORDERED.

                                               VAUGHN R WALKER
                                               United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Wonchol Jeon,

_____/

Case Number: CV-09-80191    VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wonchol Jeon
4929 Wilshire Blvd, #830
Los Angeles, CA 90010

Dated: November 16, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*